FILED
CLERK, U.S. DISTRICT COURT

11/03/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: D. Brown   DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> FRANCHESCA RAE BERDIAL, <br> Defendant. | Case No.: 5:17-cr-00117-PA-2 <br><br> ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS <br> (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the  CENTRAL  District of  CALIFORNIA  for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (×)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (×)   information in the Pretrial Services Report and Recommendation

    (×)   information in the violation petition and report(s)

    ( )   the defendant's nonobjection to detention at this time

    (×)   other: Instant allegations; Substance abuse.

|    |        |                                                                                 |
|----|--------|---------------------------------------------------------------------------------|
| 1  |        | and/ or                                                                         |
| 2  | B. (×) | The defendant has not met his/her burden of establishing by clear and           |
| 3  |        | convincing evidence that he/she is not likely to pose a danger to the safety    |
| 4  |        | of any other person or the community if released under 18 U.S.C.                |
| 5  |        | § 3142(b) or (c). This finding is based on the following:                       |

- (×) information in the Pretrial Services Report and Recommendation
- (×) information in the violation petition and report(s)
- ( ) the defendant's nonobjection to detention at this time
- (×) other: <u>Instant allegations, including new, felony convictions; Substance abuse; Extensive criminal history.</u>

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: November 3, 2021

_____
KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE